**Order entered February 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00956-CV

### DERM GROWTH PARTNERS I, LLC, Appellant

### V.

### ROBERT P. SELKIN, M.D. AND NICOLE REED MEDICAL, PLLC,
**Appellees**

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-11616

### ORDER

Before the Court is the parties' February 24, 2022 agreed motion to extend time to file appellees' response brief and appellant's reply brief.  We **GRANT** the motion and **ORDER** the briefs be filed March 17, 2022 and April 20, 2022, respectively.  Because this is an accelerated appeal, we caution the parties that further extension requests will not be granted absent exigent circumstances.

/s/    CRAIG SMITH
       JUSTICE